Petition for Writ of Mandamus Denied and Memorandum Opinion filed
November 25, 2003









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed November 25, 2003.

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01280-CV

____________

 

IN RE MARTIN SHELBY BARNES, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On November 19, 2003, relator
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon Supp. 2003); see
also Tex. R. App. P. 52.  

Relator claims he filed a request for a
speedy trial in the trial court. 
Attached to the petition for writ of mandamus is a letter asking the
trial court to rule on his application for writ of mandamus filed in the trial court.  








To be entitled to the extraordinary remedy of mandamus, relator must establish two requirements:  1) he has no other adequate remedy at law
available, and 2) the act sought to be compelled is a clear and fixed duty
imposed by law that is purely ministerial, as opposed to discretionary or
judicial in nature.  Eubanks
v. Mullin, 909 S.W.2d 574, 576 (Tex.App.‑Fort
Worth 1995, orig. proceeding). 
"An act is 'ministerial' if it constitutes a duty clearly fixed and
required by law."  State ex rel. Curry v. Gray, 726 S.W.2d 125,
127‑128 (Tex. Crim. App. 1987).  As the party seeking mandamus relief, Barnes
has the burden of providing this court with a sufficient record to establish
his right to relief.  Walker
v. Packer, 827 S.W.2d 833, 837 (Tex.1992). 

The record does not establish relator=s right to relief in this case.  Accordingly, we deny relator=s petition for writ of mandamus. 

 

PER CURIAM

 

 

Petition Denied
and Memorandum Opinion filed November 25, 2003.

Panel consists of
Justices Yates, Hudson, and Fowler.